7. Retain and maintain a record of the various steps taken by respondent pursuant to this order.

IT IS FURTHER ORDERED that respondent shall keep the Clerk, the Ohio State Bar Association, and the Disciplinary Counsel advised of any change of address where respondent may receive communications.

IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

[Cite as *01/30/2003 Case Announcements,* 2003-Ohio-374.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 30, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

2002–2064.   State ex rel. W. Sur. Co. v. Geauga Cty. Court of Common Pleas.
In Prohibition. On S.Ct.Prac.R. X(5) determination. On motion for leave to intervene of Patricia J. Schraff, successor trustee of the testamentary trust of Winona J. Hamm. Motion granted.

On respondent's motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2002–1454.   State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before February 25, 2003.

2002–1455.   State ex rel. Weist v. Mason.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for extension of time to file relators' merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and relators' merit brief is due on or before February 25, 2003.

2002–1677.   J&L Power Equip., Inc. v. Zaino.
Board of Tax Appeals, No. 97–A–535. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of appellant/cross-appellee's motion for extension of time to file appellant/cross-appellee's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 3, 2003.

## MISCELLANEOUS DISMISSALS

2002–1954.   Jackson v. Cuyahoga Cty. Court of Common Pleas.
Cuyahoga App. No. 81589, 2002-Ohio-5980. This cause is pending before the court as an appeal from